NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CS WIND VIETNAM CO., LTD., CS WIND CORPORATION,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**WIND TOWER TRADE COALITION,**
*Defendant-Appellant*

---

2017-1913

---

Appeal from the United States Court of International Trade in No. 1:13-cv-00102-JAR, Senior Judge Jane A. Restani.

---

**JUDGMENT**

---

NED H. MARSHAK, Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP, New York, NY, argued for plaintiffs-appellees. Also represented by BRUCE M. MITCHELL; DHARMENDRA NARAIN CHOUDHARY, JORDAN CHARLES KAHN, KAVITA MOHAN, ANDREW THOMAS SCHUTZ, Washington, DC; ANDREW SCHROTH, Hong Kong, China.

JOSHUA E. KURLAND, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, JEANNE E. DAVIDSON, REGINALD T. BLADES, JR.; PAUL KENT KEITH, United States Department of Commerce, Washington, DC.

MAUREEN E. THORSON, Wiley Rein, LLP, Washington, DC, argued for defendant-appellant. Also represented by DANIEL B. PICKARD, ROBERT E. DEFRANCESCO, III, DERICK HOLT, USHA NEELAKANTAN, ALAN H. PRICE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* SCHALL and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 9, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |